IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| HENRY LINDSAY,<br><br>   Plaintiff,<br><br>  v.<br><br>IRON MOUNTAIN INCORPORATED, and IRON MOUNTAIN INFORMATION MANAGEMENT, LLC, and IRON MOUNTAIN SECURE SHREDDING, INC.,<br><br>   Defendants. | Case No. 5:23-cv-04099 |

**DEFENDANTS' CORPORATE DISCLOSURE**

Defendants Iron Mountain Incorporated, Iron Mountain Information Management, LLC and Iron Mountain Secure Shredding, Inc., through their undersigned counsel and pursuant to Federal Rules of Civil Procedure 7.1, state as follows: Iron Mountain Secure Shredding, Inc. is a wholly-owned subsidiary of Iron Mountain Information Management, LLC. Iron Mountain Information Management, LLC is a wholly-owned subsidiary of Iron Mountain Incorporated. Iron Mountain Incorporated is a publicly traded company, and no parent corporation or any publicly-held corporation owns 10 percent or more of its stock.

305773346v.1

Dated: October 31, 2023

Respectfully submitted,

IRON MOUNTAIN INCORPORATED, IRON MOUNTAIN INFORMATION MANAGEMENT, LLC, and IRON MOUNTAIN SECURE SHREDDING, INC.

By: */s/Caroline R. Gurney*
    Isaac Keppler—KS#25843
    Caroline Gurney—KS#26868
    Colantuono Guinn Keppler LLC
    7015 College Blvd. Suite 375
    II Park Renaissance
    Overland Park, Kansas 66211
    ik@ksmolaw.com
    cg@ksmolaw.com
    Telephone: (913)-345-2555
    Facsimile: (913)-345-2557

    Noah A. Finkel
    nfinkel@seyfarth.com
    Kyla J. Miller
    kjmiller@seyfarth.com
    SEYFARTH SHAW LLP
    233 South Wacker Drive, Suite 8000
    Chicago, Illinois 60606-6448
    (312) 460-5000
    *Pro hac vice applications to be filed*

    *Attorneys for Defendants Iron Mountain Incorporated, Iron Mountain Information Management, LLC, and Iron Mountain Secure Shredding, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Corporate Disclosure Statement has been served upon the following counsel of record via ECF filing, on this 31st day of October, 2023:

Bruce Alan Brumley, #16066
Chloe Elizabeth Davis, #28517
2348 Topeka Boulevard #201
Topeka, KS 66611
bruce@brucebrumleylaw.com
chloe@brucebrumleylaw.com
785-267-3367 (phone)
785-233-3161 (fax)
Attorneys for Plaintiff

                                                          /s/Caroline R. Gurney
                                                          Caroline R. Gurney